**Order entered November 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00274-CV

## MUHAMMAD ASIM SHAMIM AND HAFSA ASIM, Appellants

## V.

## CANTERA OWNERS ASSOCIATION, INC., Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-06638-2019**

## ORDER

Before the Court is appellants' November 10, 2021 motion for an extension of time to file their reply brief. We **GRANT** the motion and **ORDER** the reply brief tendered to this Court on November 9, 2021 filed as of the date of this order.

/s/     KEN MOLBERG
        JUSTICE